Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. JACKSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>D.K. SISTO, Warden,<br><br>　　　　　Respondent. | NO. CV 07-04076 ODW (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 6, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE